IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-CR-30231-MJR |
| ) | |
| MATTHEW HURLEY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On May 9, 2014, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to Count I of the superseding indictment (charging felon in possession of a firearm). By Report and Recommendation filed May 9, 2014 (Doc. 26), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to the Report and Recommendation. That deadline (May 27, 2014) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 51), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offense(s) set forth in the plea agreement (i.e., guilty of the charge in Count 1 of the superseding indictment; with the Government agreeing to dismiss Counts 2 and 3 of the superseding indictment at the time of sentencing).  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, the Court **CONFIRMS that SENTENCING** shall proceed at 9:00 a.m. on September 11, 2014.

IT IS SO ORDERED.

DATED May 29, 2014.

s/Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge